

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00327-CV

| | | |
|---|---|---|
| REGINA NACHAEL HOWELL FOSTER, Appellant | § | On Appeal from the 322nd District Court |
| | § | of Tarrant County (322-667390-19) |
| V. | § | June 10, 2021 |
| CARLOS FOSTER AND AREYA HOLDER, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment dismissing Regina Nachael Howell Foster's claims against Carlos Foster and remand this portion of the case to the trial court for further proceedings consistent with this opinion. We affirm the remaining parts of the trial court's judgment. We deny Areya Holder's request for sanctions.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack